

Helen Whyte, Plaintiff-Appellant, *v.* John E. Whyte, Defendant-Appellee.

(No. 60313; 

First District (1st Division)—May 19, 1975.

Opinion by Mr. JUSTICE EGAN.

Robert Steinbock-Sinclair, of Chicago, for appellant.

No brief filed for appellee.